USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/8/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHANDRA,

                        Plaintiff(s),

    -against-

BETH ISRAEL MEDICAL CENTER et al.,
                        Defendant(s),
------------------------------------------------------------X

09 Civ. 6619(RMB)

**ORDER**

**Richard M. Berman, U.S.D.J.:**

Counsel for Plaintiff and Defendants, having appeared in Court on March 8, 2011, and having advised the Court that the parties have reached a resolution of this matter, it is hereby

**ORDERED**, the above-entitled action be, and the same hereby is, discontinued; provided, however, that within three weeks (i.e., by March 29, 2011) of the date of this Order, counsel for Plaintiff and/or Defendant may upon good cause shown apply by letter for restoration of the action.

Dated: New York, New York
        March 8, 2011

_____
Richard M. Berman, U.S.D.J.